# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES LEE LOVING

NO. 2021 KW 1237

**DECEMBER 20, 2021**

---

In Re:    Charles Lee Loving, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 21-FELN-042231.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** This court acted on relator's writ application on October 11, 2021. See **State v. Loving**, 2021-0770 (La. App. 1st Cir. 10/12/21), 2021 WL 4739668 (unpublished). Further, the records of the Livingston Parish Clerk of Court's Office reflect that a hearing is set in this matter on February 14, 2022.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT